| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kazen, George P. | 2. Court or Organization<br><br>U.S.D.C., Southern Dist. Texas | 3. Date of Report<br><br>05/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>P. O. Box 1060<br>Laredo, Texas 78042 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lifetime Director | Boys & Girls' Clubs of Laredo |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Kazen_George_P

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P. | 05/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. NYU Law School | Feb. 22-25 | New York City | Moot Court Competition | Airfare, three nights hotel |
| 2. Hidalgo County Bar Assn. | March 27-28 | South Padre Island | Federal Law Conference | Auto mileage, one night hotel |
| 3. Federal Bar Association, Tampa Bay Chapter | May 21-22 | Orlando, Florida | Sent. Guidelines Seminar | Airfare, two nights hotel, some meals |
| 4. Diocese of Lubbock, Texas | Oct. 1-2 | Lubbock, Texas | Red Mass | Airfare, one night hotel |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Laredo Country Club (not member as of year end. See Paragraph VIII) | Honorary Membership | $1,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Royalty Interest Webb County, Texas | C | Royalty | J | W | | | | | |
| 2. Hilltop Farms, Ltd. (1.8%) Webb County, Texas | A | Distribution | L | U | | | | | |
| 3. Royalty Interest-Parcel 1, Shackelford County, Texas | B | Royalty | J | W | | | | | |
| 4. Royalty Interest-Parcel 2, Shackelford County, Texas | A | Royalty | J | W | | | | | |
| 5. Undivided 1/3 Interest, Ranch, Shackelford County, Texas | | None | J | W | | | | | |
| 6. MFS Mutual Funds-IRA | | None | K | T | | | | | |
| 7. MFS Emerging Growth A | | | | | | | | | |
| 8. MFS Emerging Growth B | | | | | | | | | |
| 9. MFS Sector Fund A | | | | | | | | | |
| 10. Wachovia Securities Money Market Fund | A | Interest | J | T | | | | | |
| 11. Nationwide Health Properties Stock (Stock) (IRA) | A | Dividend | J | T | | | | | |
| 12. ING Annuity | D | Interest | M | T | | | | | |
| 13. Royalty Interest-Parcel 3 Shackelford County, Texas | D | Royalty | J | W | | | | | |
| 14. Real Estate, Bowie County, Texas | | None | O | W | | | | | |
| 15. Royalty Interest, Dickens County, Texas | D | Royalty | J | W | | | | | |
| 16. Coin Collection | | None | J | W | | | | | |
| 17. Duke Energy Corp. New (stock) (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Teppco Partners, L.P. (Stock) (IRA) | | None | J | T | | | | | |
| 19. Texas Community Bank Accounts | D | Interest | N | T | | | | | |
| 20. USAA Federal Savings Bank Account | A | Interest | K | T | | | | | |
| 21. Royalty Interest--Parcel 4-- Shackelford County, Texas | C | Royalty | K | W | | | | | |
| 22. American Balanced Fund-A | D | Dividend | L | T | | | | | |
| 23. Compass Bank (formerly Laredo National Bank) | A | Int./Div. | K | T | | | | | |
| 24. Royalty interest--Parcel 5--Shackelford County, Texas | A | Royalty | J | W | | | | | |
| 25. Royalty interest--Parcel 6--Shackelford County | | None | K | W | | | | | |
| 26. Spectra Energy Corp. ● (IRA) | A | Dividend | J | T | | | | | |
| 27. Technology Sector Fund (IRA) | A | Dividend | J | T | Buy | 5/28 | J | | Market |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Paragraph V: I resigned long-standing membership in Laredo Country Club as required by new law, effective October 2008.

Paragraph VII, Line 10: Name changed when AG Edwards acquired by Wachovia Bank.

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P. | 05/08/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544